AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>JORDAN ROBERT LANGSTON<br><br>*Defendant(s)* | Case No. 8:25MJ681 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 28, 2025** in the county of **Douglas** in the
_____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Patrick Manion, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 12/29/2025

*Judge's signature*

City and state:   OMAHA, NE          MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

### AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, FBI Special Agent Patrick Manion, being first duly sworn, hereby deposes and states as follows:

**A. <u>Introduction</u>**

1. Your affiant has been a Special Agent of the FBI for three years. Your affiant has been assigned to investigate alleged violations of Federal statutes including numerous violations of Title 49, United States Code Section 46504. Your affiant has received specialized training in the investigation and prosecution of criminal cases through FBI training. Your affiant has received additional training in the area of international and domestic terrorism.

2. Based upon the investigation, set forth herein, and the experience and training of your affiant, your affiant believes there is probable cause to believe that violations of 49 U.S.C. Section 46504, has been committed by Jordan Robert Langston.

3. This affidavit is made in support of a criminal complaint for Jordan Robert Langston, of Ogden, Utah. This affidavit is based upon personal observation and knowledge of your affiant, as well as information provided to me by other law enforcement officers and agents during the course of their investigation into the interference of a flight crew in the performance of their duties. Since this is an affidavit to demonstrate probable cause to believe that crimes have been committed, and evidence of said crimes will be discovered during the investigation; not all facts uncovered by the investigation are recited herein, but no facts uncovered by the investigation which would tend to negate a finding of probable cause have been omitted.

B. **Factual Background**

4. Your affiant and other law enforcement agents were notified of the diversion of United Airlines flight 2410 (UA 2410) on December 28, 2025. Your affiant is familiar with the facts and circumstances surrounding the diversion of the flight as caused by the interference with flight crew members and attendants by Jordan Robert Langston

5. The interference with flight crew members and attendants by Jordan Robert Langston is in direct violation of Title 49 U.S.C. 46504. During the course of the interference with the flight crew, Jordan Robert Langston interfered with and prevented the members of the flight crew of UA 2410 from performing their duties, which resulted in UA 2410 being diverted to Omaha, Nebraska's Eppley Airfield.

C. **Chronology - Interference with Flight Crew Members and Attendants**

6. At approximately 5:30 PM Central Standard Time (CST) on December 28, 2025, UA 2410 was in transit, traveling from Dulles International Airport (IAD) to Salt Lake City International Airport (SLC). At that time, Jordan Robert Langston was seated in 23E. Shortly after takeoff, Langston proceeded to exit his seat, walked toward the front of the plane and approached Flight attendant 1 and began stating "This is a simulation" while waving his hands above his head. Flight attendant 1 asked Langston what was a simulation. Langston responded by stating "this flight" and proceeded to walk towards the rear of the plane, continuing to wave his hands above his head.

7. Langston approached Flight attendant 2 and Flight attendant 3 at the rear of the plane and proceeded to step on Flight attendant 2's shoe and pushed Flight attendant 2 with his left hand. Flight attendant 2 proceeded to push Langston in an effort to get Langston off of Flight attendant 2's shoe. Langston responded by stating he needed to get off the plane and proceeded

to push Flight attendant 2 a second time in the chest. Flight attendant 3 informed Langston that he was not allowed to touch the flight crew and if Langston pushed the flight crew again, the flight would return to IAD. Langston proceeded to ask why this was the case, before claiming everyone was "under a simulation". Langston proceeded to walk up and down the aisle of the plane before returning to his seat.

8. Flight attendant 1 conveyed the incident to the Captain. The Captain declared a level 2 security threat, which enabled the flight to continue but required four able body assistants (ABTs) to be informed of the situation. The ABTs were briefed that Langston had assaulted a member of the flight crew and were requested to assist in subduing Langston if an additional incident occurred. The ABTs were informed that they were unable to restrain Langston unless it was absolutely necessary. ABT 1 proceeded to sit next to Langston. While seated, Langston continued to make remarks stating, "this is all a simulation". Langston was seated in the middle seat and ABT 1 was seated in the aisle seat.

9. Approximately 30 minutes after returning to his seat, Langston asked ABT 1 if he could get up from his seat. ABT 1 informed Langston that the flight crew wanted him to remain seated for the remainder of the flight. Langston forcibly stood up and ABT 1 moved to the aisle of the plane. Langston proceeded to jump up and down and put his hands up. Langston proceeded to "shadow box" and throw punches at ABT 1, Langston struck ABT in the face, just below ABT 1's nose. This prompted ABT 1 to take Langston to the ground in the aisle.

10. Flight attendant 2, ABT 2, ABT 3, and ABT 4 proceeded to assist ABT 1 in ushering Langston to the rear of the plane. ABT 4 grabbed Langston's torso, ABT 2 and Flight attendant 2 grabbed Langston's feet, and ABT 1 grabbed held Langston.

11. At this time, Flight attendant 1 proceeded to get plastic handcuffs in order to assist in restraining Langston. As Langston was being restrained and cuffed, Langston began screaming and talking about death.

12. Flight attendant 3 proceeded to notify the Captain via the aircraft intercom system that Langston needed to be restrained and requested the flight be diverted immediately. At this time, the flight crew made the decision to divert the flight to Omaha, Nebraska (Omaha).

13. After being restrained, Langston was ushered into the last row of the plane and sat between ABT 1 and ABT 4. Langston was restrained for approximately 30 minutes.

14. As a result of the incident, UA 2140 was diverted to Omaha Eppley Airfield and Omaha Airport Authority Police were contacted to handle the situation.

15. Once the flight landed in Omaha, Langston was escorted off the plane by Omaha Airport Authority Police. Langston was subsequently arrested and booked into Douglas County Corrections for a violation of Title 49 U.S. Section 46504, Interference with Flight Crew Members and Attendants.

**D. Conclusion**

16. Based upon the above-stated facts and circumstances, your affiant believes that there is probable cause to arrest Jordan Robert Langston and charge him with violation of Title 49 U.S. Section 46504, Interference with Flight Crew Members and Attendants. Your affiant respectfully requests a warrant to arrest Jordan Robert Langston to be issued.

Patrick Manion,
FBI Special Agent

Subscribed and sworn to before me via reliable electronic means on this 29th day of December, 2025.

_____
MICHAEL D. NELSON
United States Magistrate Judge
District of Nebraska